MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
P: (702) 444-4444
F: (702) 444-4455
E: mlangford@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA CHIAN, individually<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:    2:25-cv-00138-CDS-BNW<br><br>**AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(SPECIAL SCHEDULING REVIEW NOT REQUESTED) |
| AND RELATED COUNTERCLAIM | |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(a), the parties submit their proposed Discovery Plan and Scheduling Order. Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

1. **Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on May 7, 2025, and was attended telephonically by Mysty Langford, Esq., of the Richard Harris Law Firm for Plaintiff, and Ashley E. Walters, Esq., of Messner Reeves, LLP for Defendant.

2. **Pre-Discovery Disclosures:** Plaintiff and Defendant have agreed that they will respectively serve their disclosures on or before May 21, 2025.

3. **Areas of Discovery:**  The parties agree that the areas of discovery should include, but not be limited to, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Discovery Plan:**  The parties jointly propose to the Court the following discovery plan.

    A. **Discovery Cut-Off Date:**

    The parties therefore request that the discovery period be set for 180 days, calculated from the date of the Defendant's Answer, March 26, 2025, such that discovery closes on September 23, 2025, which is 180 days from the date of the filing of Defendant's Answer.

    B. **Amending the Pleadings and Adding Parties:**  The parties shall have until June 24, 2025, to file any motions to amend the pleadings and/or to add parties. This date is 90 days before the discovery cut-off date.

    C. **Fed. R. Civ. P. 26(a)(2) Disclosure of Experts:**  Disclosure of expert shall proceed according to Fed. R. Civ. P. 26(a)(2) and LR 26-1(b)(3) as follows:

        i. The disclosure of experts and their reports shall occur on or before July 24, 2025. The expert disclosure deadline is 60 days before the discovery cut-off date.

        ii. The disclosure of rebuttal experts and their reports shall occur on or before August 25, 2025. The rebuttal deadline is 32 days after the initial expert disclosure deadline as the 30th day is Saturday August 23, 2025.

    D. **Dispositive Motions:** The parties shall have until October 23, 2025, to file dispositive motions. This is 30 days after the discovery cut-off date, as required by LR 26-1(b)(4).

    E. **Pre-Trial Order:**  The parties will prepare a Consolidated Pre-Trial Order on or before November 24, 2025, which is 32 days after the date set for filing dispositive motions as the 30th day is Saturday, November 22, 2025. This deadline will be suspended if dispositive motions are timely filed until 30 days after the

decision of the dispositive motions or until further Order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3), and objections thereto, shall be included in the pre-trial order.

F. **Court Conferences:**  If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

G. **Authorizations:**  It is agreed that Plaintiff will provide Defendant with HIPAA Compliant Authorizations for the Release of Patient Information pursuant to 45 CFR 164. The parties agree that in the event Plaintiff makes a claim for loss of wages or lost earning capacity, Plaintiff shall provide: (1) Consent for Release of Employment Information, left blank and (2) Authorization to Obtain Plaintiff's Tax Return information.

H. **Format of Discovery:**  Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

I. **Alternative Dispute Resolution:**  The parties certify that they have met and conferred about the possibility of using alternative dispute resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

J. **Alternative Forms of Case Disposition:**  The parties certify that they considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

K. **Electronic Evidence:**  The parties certify that they discussed whether they intend to present evidence in electronic form to jurors for the purpose of jury

deliberations. The parties have not reached any stipulations in this regard at this time.

DATED this 19th day of May 2025.

**RICHARD HARRIS LAW FIRM**

*/s/ Mysty Langford*
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 20th day of May 2025.

**MESSNER REEVES, LLP**

*/s/ Ashley E. Walters*
ASHLEY E. WALTERS, ESQ.
Nevada Bar No. 16338
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant*
*State Farm Fire & Casualty Company*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  May 23, 2025

Page 4 of 4

 Outlook

RE: Chian v. State Farm, et al. - 2:25-cv-00138-CDS-BNW - Discovery Plan

| | |
|---|---|
| **From** | Ashley E. Walters <AWalters@messner.com> |
| **Date** | Tue 5/20/2025 11:00 AM |
| **To** | Mysty D. Langford <mlangford@richardharrislaw.com> |
| **Cc** | Karie Wilson <KWilson@messner.com>; Peggy Dale <PDale@messner.com>; Eric Siegler <esiegler@richardharrislaw.com>; Michael Madden <MMadden@messner.com> |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sorry Mysty one small change. We should probably add in the caption that this is the Amended Discovery Plan and Scheduling Order. With that change you can affix my electronic signature.

Thanks,

**ASHLEY E. WALTERS**
Attorney
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** awalters@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Ashley E. Walters
**Sent:** Tuesday, May 20, 2025 10:57 AM
**To:** Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Karie Wilson <KWilson@messner.com>; Peggy Dale <PDale@messner.com>; Eric Siegler <esiegler@richardharrislaw.com>; Michael Madden <MMadden@messner.com>
**Subject:** RE: Chian v. State Farm, et al. - 2:25-cv-00138-CDS-BNW - Discovery Plan

Hi Mysty,

This looks good to me. You may affix my electronic signature for filing.

Thanks,

**ASHLEY E. WALTERS**
Attorney
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** awalters@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Mysty D. Langford <mlangford@richardharrislaw.com>
**Sent:** Monday, May 19, 2025 2:52 PM
**To:** Ashley E. Walters <AWalters@messner.com>
**Cc:** Karie Wilson <KWilson@messner.com>; Peggy Dale <PDale@messner.com>; Eric Siegler <esiegler@richardharrislaw.com>; Michael Madden <MMadden@messner.com>
**Subject:** Re: Chian v. State Farm, et al. - 2:25-cv-00138-CDS-BNW - Discovery Plan

## [ CAUTION: This Email is from an External Sender ]

Ashley,

See attached.

**Mysty D. Langford**

Lawyer - Partner
Direct (702) 444-4367

Direct Dial - 702-444-4367

[Richard Harris Law Firm](#)

| Las Vegas | |
|---|---|
| 801 South | Reno |
| 4th Street | |
| Las Vegas | 6900 S. McCarran Blvd., #1010 |
| NV 89101 | Reno NV 89509 |
| Ph. (702) | Ph. (775) 222-2222 |
| 444- | |
| 4444 x 297 | |

[Defenders](#)[Ticket Busters](#)

*Please read the Legal Disclaimer that governs this email and any attachments.*

**From:** Ashley E. Walters <AWalters@messner.com>
**Sent:** Monday, May 19, 2025 12:31 PM
**To:** Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Karie Wilson <KWilson@messner.com>; Peggy Dale <PDale@messner.com>; Eric Siegler <esiegler@richardharrislaw.com>; Michael Madden <MMadden@messner.com>
**Subject:** RE: Chian v. State Farm, et al. - 2:25-cv-00138-CDS-BNW - Discovery Plan