M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Karie N. Wilson, Esq.
Nevada Bar No. 7957
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:        cmeyer@messner.com
                kwilson@messner.com
*Attorneys for Defendant*
*State Farm Fire & Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| SAMANTHA CHIAN, individually;<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY; DOE INDIVIDUAL I through X; and ROE CORPORATIONS I through X, inclusive,<br>        Defendants. | Case No.:  2:25-cv-00138-CDS-BNW<br><br>**AMENDED STIPULATION AND (PROPOSED) ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff, SAMANTHA CHIAN ("Plaintiff"), by and through her counsel of record, Mysty Langford, Esq. of RICHARD HARRIS LAW FIRM, and Defendant, STATE FARM FIRE & CASUALTY COMPANY ("Defendant"), by and through its counsel of record, M. Caleb Meyer, Esq. and Karie N. Wilson, Esq. of MESSNER REEVES, LLP (collectively, "the Parties"), pursuant to Fed. R. Civ P. 6(b), LR IA 6-1, LR 26-1 and LR 26-3, that the remaining Discovery Deadlines be extended by an additional 90 days. This is the Parties' Second Request for a continuance of the discovery deadlines[1].

///

---

[1] The parties previously filed a proposed Stipulation and Order to Extend Discovery Deadlines (Second Request) on September 25, 2025 [ECF No. 27], which was approved by the Court on September 29, 2025 [ECF No. 30]. However, some of the extended deadlines were inadvertently miscalculated, as set forth in Section D, *infra*. Accordingly, the parties jointly request that the Court issue an amended order approving the corrected deadlines. No other changes are being proposed in this Amended Stipulation and Order (Second Request).

## A.  DISCOVERY COMPLETED TO DATE

 a. On May 21, 2025, Defendant served its FRCP 26 Initial Disclosures;

 b. On May 22, 2025, Plaintiff served her FRCP 26 Initial Disclosures;

 c. On May 27, 2025, Plaintiff propounded her first set of requests for production of documents upon Defendant;

 d. On June 5, 2025, Defendant propounded its first set of written discovery upon Plaintiff;

 e. On June 13, 2025, Plaintiff served her responses to Defendant's first set of requests for admission;

 f. On July 3, 2025, Defendant served its first supplement to FRCP 26 Initial Disclosures;

 g. On July 3, 2025, Defendant served its responses to Plaintiff's first set of Requests for Production;

 h. On July 7, 2025, Plaintiff served her responses to Defendant's first set of requests for production of documents and interrogatories;

 i. On July 11, 2025, the Plaintiff was deposed;

 j. On August 21, 2025, Defendant served its second supplement to FRCP 26 Initial Disclosures;

 k. On August 27, 2025, the deposition of State Farm employee Wendy Primozich was held;

 l. On August 28, 2025, the deposition of non-party witness, Gregory Moore was held;

 m. On August 29, 2025, Plaintiff propounded her second set of requests for production of documents upon Defendant, which responses are due on or before October 1, 2025;

 n. On September 3, 2025, Plaintiff propounded her first set of interrogatories upon Defendant, which responses are currently due on or before October 6, 2025;

 o. On September 22, 2025, Defendant served its third supplement to FRCP 26 Initial Disclosures; and

p.   On September 22, 2025, the parties exchanged their FRCP 26 Initial Expert Disclosures.

**B.  DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties have agreed to a 90-day extension to complete the remaining discovery. The discovery that remains to be completed includes:

a.   Respond to supplemental written discovery;

b.   Deposition of State Farm FRCP 30(b)(6) witnesses;

c.   Depositions of additional State Farm claims handlers;

d.   Disclosure of rebuttal expert witnesses and reports;

e.   Depositions of expert witnesses;

f.   Follow up discovery efforts as needed.

**C.  REASONS WHY THE PARTIES ARE REQUESTING EXTENSION/GOOD CAUSE**

Good cause exists for the extension of the current discovery deadlines as the parties require additional time to complete the remaining necessary discovery.  The parties diligently attempted to comply with the current scheduling order; however, due to the reasons set forth below, the parties respectfully request this Court to grant a ninety (90) day discovery extension.

Defendant State Farm is in the process of changing its counsel of record from Messner Reeves LLP to Lewis Brisbois Bisgaard & Smith, LLP, and a substitution of attorney will be filed with the Court soon.  As such, the file is being transferred, and the new attorneys will need additional time to review the case and develop their further defense on State Farm's behalf.  Furthermore, Plaintiff recently propounded supplemental written discovery requests to State Farm, which responses are due in the next couple of weeks.

As the current rebuttal expert disclosure deadline is set for October 24, 2025, an extension of 90 days will afford new defense counsel enough time to assume responsibility for State Farm's defense.  An extension will also permit the parties to complete written discovery and allow the expert witnesses adequate time to prepare their rebuttal expert disclosures based on any new information exchanged by the parties.

///

All parties believe that the Court's granting of this stipulation would further the interests of justice and advance the merits of the case. As such, good cause exists for extending discovery. This request is not made for dilatory purposes.

**D.  PROPOSED REVISED DISCOVERY SCHEDULE**

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Amended Pleadings | **June 24, 2025** | **June 24, 2025 (No extension)** |
| Initial Expert Disclosure | **September 22, 2025** | **September 22, 2025 (No extension)** |
| Rebuttal Expert Disclosure | **October 24, 2025** | **January 22, 2026[2]** |
| Discovery Cut-Off | **November 24, 2025** | **February 23, 2026[3]** |
| Dispositive Motions | **December 22, 2025** | **March 23, 2026[4]** |
| Pre-Trial Order | **January 23, 2026** | **April 23, 2026*** |

///
///
///
///
///
///
///
///
///
///
///
///
///
///

[2] This date is amended from the prior date of October 24, 2025.
[3] February 22, 2025 falls on a Sunday.  This date is amended from the prior date of January 22, 2026.
[4] March 22, 2025 falls on a Sunday.

*In the event that dispositive motions are filed, the date for filing the joint pretrial order will be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

IT IS SO STIPULATED.

DATED this 29th day of September, 2025.

**MESSNER REEVES LLP**

   /s/ Karie N. Wilson
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Karie N. Wilson, Esq.
Nevada Bar No. 7957
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant*
*State Farm Fire & Casualty Company*

DATED this 29th day of September, 2025.

**RICHARD HARRIS LAW FIRM**

      /s/ Mysty Langford
Mysty Langford, Esq.
Nevada Bar No. 16909
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Dated: October 1, 2025