1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANCIS A. ARENAS
3  Nevada Bar No. 6557
   Francis.Arenas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant State Farm Fire &*
7  *Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| SAMANTHA CHIAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00138-CDS-BNW<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT STATE FARM FIRE & CASUALTY COMPANY** |

Defendant STATE FARM FIRE & CASUALTY COMPANY hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant STATE FARM FIRE & CASUALTY COMPANY in place and stead of MESSNER REEVES, LLP.

DATED this _13th_ day of __October_, 2025.

By _____*Daniel Mayes – Claim Specialist*_____
   STATE FARM FIRE & CASUALTY COMPANY

/ / /

/ / /

/ / /

163830630.1

**CONSENT TO SUBSTITUTION**

M. Caleb Meyer, Esq. and Karie N. Wilson, Esq., hereby agree and consent to the substitution of Robert W. Freeman, Esq. and Francis A. Arenas, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant STATE FARM FIRE & CASUALTY COMPANY, in the above-entitled action.

DATED this 13th day of October, 2025.

MESSNER REEVES, LLP

By  /s/ Karie N. Wilson
M. CALEB MEYER
Nevada Bar No. 13379
KARIE N. WILSON
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant State Farm Fire & Casualty Company*

**ACCEPTANCE OF SUBSTITUTION**

Robert W. Freeman, Esq. and Francis A. Arenas, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby accept the substitution as sole counsel of record for Defendant STATE FARM FIRE & CASUALTY COMPANY, in the above-entitled action.

DATED this 13th day of October, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Francis A. Arenas
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Fire & Casualty Company*

**IT IS SO ORDERED**

**DATED:** 9:32 am, October 14, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

163830630.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of October, 2025, I electronically filed the **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT STATE FARM FIRE & CASUALTY COMPANY** with the Clerk of the Court through Case Management/Electronic Filing System.

Mysty Langford, Esq.
Nevada Bar No. 16909
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Tel. 702-444-4444
Fax 702-444-4455
Email: mlangford@richardharrislaw.com
*Attorney for Plaintiff*

By  /s/ Jeannette Versoza
An Employee of LEWIS BRISBOIS BISGAARD & SMITH

163830630.1

3